Elizabeth Harper and Mildred Moore, Appellees, v.
Tony Malandrone, Appellant.

opinion filed March 2, 1943; rehearing denied June 1, 1943.
Stone & Fowler, for appellant; Gordon Franklin, D. L. Duty and
Chas. D. Winters, for appellees. Opinion by JUSTICE BRISTOW. ''Not
to be published in full.''